# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., | NO. CV 07-00566 SJO (Ex) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| SAMANTHA KIRKEWOOD, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiffs Hartford Fire Insurance Company ("Hartford") and Earthlink, Inc.'s motion for default judgment. After full consideration of all admissible evidence and documents submitted, the Court granted Plaintiff's motion as to its claims against Defendants SAMANTHA KIRKEWOOD and ANTHONY MICHAEL ERVIN. Further, the Court determined that Plaintiffs' claims against Defendants GARY HOSKINS, AARON TERRY, and GINO COLCHICO should be dismissed with prejudice because Plaintiffs failed to file proofs of service as to these Defendants.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That judgment be entered in favor of Plaintiff on all claims against Kirkewood and Ervin.
2. That judgment be entered in favor of Hoskins, Terry, and Colchico on all claims against them.

3. That Hartford is awarded $202,037.15 in damages, for which Kirkewood and Ervin are jointly and severally liable.

4. That Earthlink is awarded $507,449.00 in damages, for which Kirkewood and Ervin are jointly and severally liable.

5. That Plaintiffs are jointly awarded $350.00 in costs, for which Kirkewood and Ervin are jointly and severally liable.

6. That Plaintiffs are jointly awarded $87.98 in costs, for which Kirkewood is solely liable.

7. That Plaintiffs are jointly awarded $538.00 in costs, for which Ervin is solely liable.

8. That Hartford's award is subrogated to the rights of Earthlink up to the amount of $202,037.15.

IT IS SO ADJUDGED.

Dated this 25th day of July, 2008.

/ S /
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE